IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-645-RJC-DCK

| | |
|---|---|
| KOU MENEA BROWN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| ALEJANDRO MAJORKAS, UR M. JADDOU, and TERRI A. ROBINSON, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Case For 120 Days From Filing" (Document No. 24) filed November 18, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Case For 120 Days From Filing" (Document No. 24) is **GRANTED**. This case is hereby **STAYED** until **March 20, 2023**.

**IT IS FURTHER ORDERED** that either the parties shall file a Stipulation of Dismissal, or Plaintiffs shall move to amend their Complaint, on or before **March 20, 2023**.

**SO ORDERED**.

Signed: November 22, 2022

David C. Keesler
United States Magistrate Judge