IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-645-RJC-DCK

| | |
|---|---|
| KOU MENEA BROWN, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  **ORDER**<br>) |
| ALEJANDRO MAJORKAS, UR M. JADDOU, and TERRI A. ROBINSON, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Case For 90 Days" (Document No. 27) filed March 17, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Case For 90 Days" (Document No. 27) is **GRANTED**. This case is hereby **STAYED** through **June 20, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation of Dismissal, or Plaintiffs shall file an Amended Complaint, on or before **June 23, 2023**.

**SO ORDERED**.

Signed: March 17, 2023

David C. Keesler
United States Magistrate Judge